UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEFFREY JOEL JUDY, an individual

    Plaintiff,

v.   Case No: 2:14-cv-733-FtM-29CM

QUALITY SELF-STORAGE VI
LAND TRUST and J. B.
BALDWIN,

    Defendants.

## ORDER

Before the Court is Defendants' Consent Motion to Extend Time to Respond to First Amended Complaint (Doc. 16), filed on March 27, 2015. Defendants request up to and including April 27, 2015 to respond to Plaintiff's First Amended Complaint (Doc. 9). Doc. 16 at 1. Pursuant to Rule 6, Federal Rules of Civil Procedure, the Court may, for good cause, extend deadlines. Fed. R. Civ. P. 6(b)(1)(A). Although the Motion is unopposed, Defendants do not specify the reasons why there is good cause for the Court to allow more time for the filing. Thus, the Motion is denied without prejudice and may be refiled with additional details demonstrating good cause.

- 2 -

ACCORDINGLY, it is hereby

**ORDERED:**

Defendants' Consent Motion to Extend Time to Respond to First Amended Complaint (Doc. 16) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 30th day of March, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record