UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEFFREY JOEL JUDY, an individual

    Plaintiff,

v.                                Case No:   2:14-cv-733-FtM-29CM

QUALITY SELF-STORAGE VI
LAND TRUST and J. B.
BALDWIN,

    Defendants.

## ORDER

Before the Court is the parties' Joint Motion to Extend Deadlines and Trial (Doc. 28), filed on July 23, 2015.  The parties seek to amend the Case Management and Scheduling Order (Doc. 24).  Doc. 28 at 1.  As grounds for the motion, the parties state that they are exploring the possibility of an early resolution.  *Id.* at 2.  The Court finds good cause to grant the motion.

ACCORDINGLY, it is hereby

**ORDERED:**

The parties' Joint Motion to Extend Deadlines and Trial (Doc. 28) is **GRANTED**.  An Amended Case Management and Scheduling Order will be entered by separate Order.  All other directives set forth in the Case Management and Scheduling Order (Doc. 24) remain in effect.

- 2 -

**DONE** and **ORDERED** in Fort Myers, Florida on this 27th day of July, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record